Bruce FRITZ, Respondent,

v.

DIRECTOR OF REVENUE, State of Missouri, Appellant.

No. WD 50251.

Missouri Court of Appeals, Western District.

Oct. 24, 1995.

Jeremiah W. (Jay) Nixon, Atty. Gen., Theresa J. Miller, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Thomas R. Bellman, Kansas City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

The Director of Revenue appeals the order of the Circuit Court of Jackson County, Missouri, reinstating the driving privilege of Bruce Fritz. Mr. Fritz's license was revoked upon his refusal to submit to chemical testing pursuant to § 577.041, RSMo 1994.

The judgment is affirmed. Rule 84.16(b).

Richard BRADLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50694.

Missouri Court of Appeals, Western District.

Oct. 24, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Richard Bradley appeals denial without evidentiary hearing of his motion pursuant to Rule 24.035.

Judgment affirmed. Rule 84.16(b).